UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   18-20463-CR-SCOLA

UNITED STATES OF AMERICA,

vs.

RONALD BERNADINO RUIZ-MENDEZ,

    Defendant,
_____/

## NOTICE OF APPEARANCE

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this Notice of Appearance as counsel on behalf of the United States regarding issues of criminal forfeiture in this cause.

    Respectfully submitted,

    BENJAMIN G. GREENBERG
    UNITED STATES ATTORNEY

By:   *s/Daren Grove*
    Daren Grove (Court No. A5501243)
    Assistant United States Attorney
    E-mail: daren.grove@usdoj.gov
    99 NE 4th Street - 7th Floor
    Miami, Florida 33132
    Telephone: (305) 961-9294 (Miami Office)
                  (954) 660-5774 (FTL Office)
    Facsimile: (305) 536-7599

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 18, 2018, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                                   s/*Daren Grove*
                                                   Daren Grove
                                                   Assistant United States Attorney