United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America,<br>Plaintiff<br><br>v.<br><br>Ronald Bernadino Ruiz-Mendez,<br>Defendant. | )<br>)<br>)<br>)  Criminal Case No. 18-20463-CR-Scola<br>)<br>)<br>) |

### Order Transferring Case To Fugitive Status

This matter is before the Court *sua sponte.* On May 31, 2018, an indictment was filed and this cause was randomly assigned to the undersigned. A warrant for arrest was issued for the defendant. Since the defendant has not made an initial appearance, he is transferred to fugitive status.

**Done and Ordered** at Miami, Florida on June 26, 2018.

_____
Robert N. Scola, Jr.
United States District Judge

cc: AUSA Walter Norkin